# EXHIBIT C



**SCREEN CAPTURES FROM JUNE 26, 2024**











web.archive.org/web/20240626093259/https://www.carters.com/everyday-value

INTERNET ARCHIVE WaybackMachine https://www.carters.com/everyday-value Go MAR JUN JUL 26 2023 2024 2025

5 captures 18 Mar 2024 - 26 Jun 2024 About this capture

Filter & Sort | **FREE** 1 Hour Pickup

5 styles
**$6.00** ~~$14*~~ 57% off
Doorbuster

5 styles
**$6.00** ~~$14*~~ 57% off
Doorbuster

26 styles
**$5.00** ~~$12*~~ 58% off
Doorbuster

5 styles
**$7.00** ~~$18*~~ 61% off
Everyday Value

5 styles
**$7.00** ~~$16*~~ 56% off
Everyday Value

7 styles
**$8.00** ~~$16*~~ 50% off
Everyday Value

5 styles
**$8.00** ~~$20*~~ 60% off
Everyday Value

24 styles
**$5.00** ~~$12*~~ 58% off
Doorbuster

web.archive.org/web/20240626093259/https://www.carters.com/everyday-value

INTERNET ARCHIVE WaybackMachine https://www.carters.com/everyday-value Go MAR JUN JUL 26 2023 2024 2025

5 captures 18 Mar 2024 - 26 Jun 2024 About this capture

Filter & Sort | **FREE** 1 Hour Pickup

26 styles
**$5.00** ~~$12*~~ 58% off
Doorbuster

5 styles
**$7.00** ~~$18*~~ 61% off
Everyday Value

7 styles
**$8.00** ~~$16*~~ 50% off
Everyday Value

5 styles
**$8.00** ~~$20*~~ 60% off
Everyday Value

5 styles
**$8.00** ~~$20*~~ 60% off
Everyday Value

5 styles
**$7.00** ~~$18*~~ 61% off
Everyday Value

26 styles
**$5.00** ~~$12*~~ 58% off
Doorbuster

24 styles
**$5.00** ~~$12*~~ 58% off
Doorbuster

web.archive.org/web/20240626093259/https://www.carters.com/everyday-value
https://www.carters.com/everyday-value
5 captures
18 Mar 2024 - 26 Jun 2024
MAR JUN JUL
26
2023 2024 2025
About this capture
Filter & Sort
FREE 1 Hour Pickup
4 styles
$8.00 $16* 50% off
Everyday Value
16 styles
$7.00 $16* 56% off
Everyday Value
26 styles
$5.00 $12* 58% off
Doorbuster
5 styles
$7.00 $16* 56% off
Everyday Value
5 styles
$6.00 $14* 57% off
Doorbuster
7 styles
$8.00 $16* 50% off
Everyday Value
5 styles
$7.00 $16* 56% off
Everyday Value
5 styles
$6.00 $14* 57% off
Doorbuster

web.archive.org/web/20240626093259/https://www.carters.com/everyday-value
https://www.carters.com/everyday-value
5 captures
18 Mar 2024 - 26 Jun 2024
MAR JUN JUL
26
2023 2024 2025
About this capture
Filter & Sort
FREE 1 Hour Pickup
RALLY
7 styles
$8.00 $16* 50% off
Everyday Value
17 styles
$6.00 $14* 57% off
Everyday Value
26 styles
$5.00 $12* 58% off
Doorbuster
5 styles
$8.00 $20* 60% off
Everyday Value
DIG IT
26 styles
$5.00 $12* 58% off
Doorbuster
5 styles
$7.00 $18* 61% off
Everyday Value
17 styles
$6.00 $14* 57% off
Everyday Value
5 styles
$6.00 $14* 57% off
Everyday Value

INTERNET ARCHIVE
WaybackMachine
https://www.carters.com/everyday-value
5 captures
18 Mar 2024 - 26 Jun 2024
MAR JUN JUL
26
2023 2024 2025
About this capture
Filter & Sort
FREE 1 Hour Pickup
5 styles
$8.00 $20* 60% off
Everyday Value
5 styles
$6.00 $14* 57% off
Everyday Value
3 styles
$8.00 $16* 50% off
Everyday Value
26 styles
$5.00 $12* 58% off
Doorbuster
RIDE ON!
COUSIN CREW
COUSIN CREW
1 style
$6.00 $14* 57% off
Doorbuster
1 style
$5.00 $12* 58% off
Doorbuster
2 styles
$8.00 $16* 50% off
Everyday Value
26 styles
$5.00 $12* 58% off
Doorbuster

web.archive.org/web/20240626093259/https://www.carters.com/everyday-value?sz=96
INTERNET ARCHIVE
WaybackMachine
https://www.carters.com/everyday-value
5 captures
18 Mar 2024 - 26 Jun 2024
MAR JUN JUL
26
2023 2024 2025
About this capture
Filter & Sort
FREE 1 Hour Pickup
Kid Cousin Crew Tee
$6.00 $14* 57% off
Doorbuster
Toddler Cousin Crew Tee
$5.00 $12* 58% off
Doorbuster
Baby Peach Snap-Up Cotton Romper
$8.00 $16* 50% off
Everyday Value
Toddler Firetruck Police Graphic Tee
$5.00 $12* 58% off
Doorbuster
BEST BRO
31 styles
Kid Unicorn Graphic Tee
$6.00 $14* 57% off
Doorbuster
26 styles
Toddler Best Bro Graphic Tee
$5.00 $12* 58% off
Doorbuster
1 style
Baby Tribal Print Pull-On Waffle Knit Shorts
$6.00 $14* 57% off
Everyday Value
2 styles
Toddler Pull-On Mesh Shorts
$6.00 $14* 57% off
Everyday Value
Showing 48 of 514 items
Load More
Back to the Top

## SCREEN CAPTURES FROM APRIL 18, 2024











web.archive.org/web/20240418024948/https://www.carters.com/carters-kid-girl

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-kid-girl Go JAN APR JUN
349 captures
13 Aug 2013 - 25 Jun 2024 2023 18 2024 2025 About this capture

Filter & Sort

FREE 1 hour pickup

1 style
2-Pack Cotton Cami Tanks
**$11.00** ~~$14*~~ 21% off

8 styles
Kid Butterfly Graphic Tee
**$7.00** ~~$14*~~ 50% off
Everyday Value

8 styles
7-Pack Unicorn Print Stretch Cotton Underwear
**$20.00** ~~$26*~~ 23% off

4 styles
Kid Floral Print Cotton Jersey Skort
**$10.00** ~~$22*~~ 55% off
Everyday Value

6-Pack Ankle Socks

2 styles
6-Pack Ankle Socks
**$14.00** ~~$22*~~ 36% off

8 styles
Kid Giraffe Graphic Tee
**$7.00** ~~$14*~~ 50% off
Everyday Value

4 styles
Kid Bike Shorts
**$7.00** ~~$14*~~ 50% off
Everyday Value

8 styles
Kid Big Sis Graphic Tee
**$7.00** ~~$14*~~ 50% off
Everyday Value

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-kid-girl Go JAN APR JUN
349 captures
13 Aug 2013 - 25 Jun 2024 2023 18 2024 2025 About this capture

Filter & Sort

FREE 1 hour pickup

1 style
Kid Denim Drawstring Sun Shorts
**$13.00** ~~$26*~~ 50% off

1 style
10-Pack Stretch Cotton Undies
**$27.00** ~~$36*~~ 25% off

2 styles
Flip-Flops
**$6.00** ~~$8*~~ 25% off

5 styles
Kid 4th Of July Graphic Tee
**$7.00** ~~$14*~~ 50% off
Everyday Value

8 styles
Kid Cotton Tee
**$7.00** ~~$16*~~ 56% off

4 styles
Kid Bike Shorts
**$7.00** ~~$14*~~ 50% off

1 style
Kid Chambray Pull-On Sun Shorts
**$13.00** ~~$26*~~ 50% off

4 styles
Kid Mermaid Graphic Tee
**$7.00** ~~$14*~~ 50% off

web.archive.org/web/20240418024948/https://www.carters.com/carters-kid-girl

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-kid-girl Go JAN APR JUN
349 captures 18
13 Aug 2013 - 25 Jun 2024 2023 2024 2025 About this capture

Filter & Sort

FREE 1 hour pickup

4 styles
Kid Striped Cotton Jersey Skort
**$10.00** ~~$22*~~ 55% off
Everyday Value

8 styles
Kid 2-Pack Black Leggings
**$13.00** ~~$26*~~ 50% off

1 style
Classic Flip Flops
**$6.00** ~~$8*~~ 25% off

4 styles
Kid Bike Shorts
**$7.00** ~~$14*~~ 50% off
Everyday Value

8 styles
Kid Cotton Tee
**$7.00** ~~$16*~~ 56% off
Everyday Value

8 styles
7-Pack Day Of The Week Stretch Cotton Underwear
**$20.00** ~~$26*~~ 23% off

3 styles
Kid 2-Pack Pink & Grey Shorts
**$10.80** ~~$18*~~ 40% off

15 styles
Kid Butterfly Graphic Tee
**$7.00** ~~$14*~~ 50% off
Everyday Value

web.archive.org/web/20240418024948/https://www.carters.com/carters-kid-girl

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-kid-girl Go JAN APR JUN
349 captures 18
13 Aug 2013 - 25 Jun 2024 2023 2024 2025 About this capture

Filter & Sort

FREE 1 hour pickup

8 styles
Kid Cotton Tee
**$7.00** ~~$16*~~ 56% off
Everyday Value

8 styles
Kid Flamingo Heart Graphic Tee
**$7.00** ~~$14*~~ 50% off
Everyday Value

3 styles
Kid 4-Piece Floral 100% Snug Fit Cotton Pajamas
**$27.00** ~~$44*~~ 39% off

6 styles
Kid Light Blue Wash Skinny-Leg Jeans
**$14.00** ~~$34*~~ 59% off
Everyday Value

4 styles
Kid Tie-Dye Cotton Jersey Skort
**$10.00** ~~$22*~~ 55% off
Everyday Value

8 styles
7-Pack Ballerina Print Stretch Cotton Underwear
**$20.00** ~~$26*~~ 23% off

3 styles
Kid 2-Pack Black & White Shorts
**$10.80** ~~$18*~~ 40% off

8 styles
Kid 2-Pack Turquoise & Purple Leggings
**$13.00** ~~$26*~~ 50% off

## SCREEN CAPTURES FROM MARCH 25, 2024







INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-toddler-boy Go JAN MAR MAY 25 2023 2024 2025
361 captures
14 Aug 2013 - 25 Jun 2024
About this capture

Filter & Sort

FREE 1 hour pickup

3 styles
5-Pack Cotton Boxer Briefs Underwear
**$15.60** ~~$26*~~ 40% off

1 style
Toddler Loafer Boat Shoes
**$21.60** ~~$36*~~ 40% off

8 styles
Toddler Soccer Ball Graphic Tee
**$6.00** ~~$12*~~ 50% off
Everyday Value

6 styles
Toddler Construction Dig It Graphic Tee
**$6.00** ~~$12*~~ 50% off
Everyday Value

Toddler Plaid Button-Down Shirt

5 styles
Toddler Athletic Mesh Shorts
**$6.00** ~~$14*~~ 57% off
Everyday Value

3 styles
Toddler Dark Blue Wash Classic Jeans
**$12.00** ~~$30*~~ 60% off

2 styles
Toddler Plaid Button-Down Shirt
**$15.60** ~~$26*~~ 40% off

3 styles
Toddler Sport Cleats
**$20.40** ~~$34*~~ 40% off

web.archive.org/web/20240325005503/https://www.carters.com/carters-toddler-boy

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-toddler-boy Go JAN MAR MAY 25 2023 2024 2025
361 captures
14 Aug 2013 - 25 Jun 2024
About this capture

Filter & Sort

FREE 1 hour pickup

3 styles
Toddler Medium Blue Wash Classic Jeans
**$12.00** ~~$30*~~ 60% off

1 style
Toddler Best Bro Graphic Tee
**$6.00** ~~$12*~~ 50% off
Everyday Value

4 styles
7-Pack Cotton Briefs Underwear
**$15.60** ~~$26*~~ 40% off

3 styles
Toddler 4-Piece Firetruck 100% Snug Fit Cotton Pajamas
**$21.60** ~~$36*~~ 40% off

Toddler Spider-Man Swim Trunks

2 styles
Toddler Casual Canvas Shoes
**$22.80** ~~$38*~~ 40% off

5 styles
Toddler Dinosaur Swim Trunks
**$10.50** ~~$14*~~ 25% off

3 styles
Toddler 4-Piece 100% Snug Fit Cotton Pajamas
**$21.60** ~~$36*~~ 40% off

4 styles
Toddler Spider-Man Swim Trunks
**$12.00** ~~$16*~~ 25% off

web.archive.org/web/20240325005503/https://www.carters.com/carters-toddler-boy

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-toddler-boy Go 361 captures 14 Aug 2013 - 25 Jun 2024 JAN MAR MAY 25 2023 2024 2025 About this capture

Filter & Sort

FREE 1 hour pickup

8 styles
Toddler Race Car Graphic Tee
**$6.00** ~~$12*~~ 50% off
Everyday Value

1 style
Toddler 4-Piece Dinosaur Cotton Blend Pajamas
**$21.60** ~~$36*~~ 40% off

5 styles
Toddler Pull-On Poplin Shorts
**$10.00** ~~$20*~~ 50% off
Everyday Value

3 styles
5-Pack Cotton Boxer Briefs Underwear
**$15.60** ~~$26*~~ 40% off

Toddler Cousin Crew Tee

1 style
Toddler Cousin Crew Tee
**$6.00** ~~$12*~~ 50% off
Everyday Value

Toddler Flying Dinosaur Graphic Tee

8 styles
Toddler Flying Dinosaur Graphic Tee
**$6.00** ~~$12*~~ 50% off
Everyday Value

3 styles
Toddler 4-Piece Shark 100% Snug Fit Cotton Pajamas
**$21.60** ~~$36*~~ 40% off

Toddler Cars Tee

2 styles
Toddler Cars Tee
**$10.80** ~~$18*~~ 40% off

web.archive.org/web/20240325005503/https://www.carters.com/carters-toddler-boy

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-toddler-boy Go 361 captures 14 Aug 2013 - 25 Jun 2024 JAN MAR MAY 25 2023 2024 2025 About this capture

Filter & Sort

FREE 1 hour pickup

5 styles
Toddler Athletic Mesh Shorts
**$6.00** ~~$14*~~ 57% off
Everyday Value

6 styles
Toddler Race Car Graphic Tee
**$6.00** ~~$12*~~ 50% off
Everyday Value

6 styles
Toddler Neon Chameleon Graphic Tee
**$6.00** ~~$12*~~ 50% off
Everyday Value

1 style
Toddler 2-Piece 4th Of July 100% Snug Fit Cotton Pajamas
**$13.20** ~~$22*~~ 40% off

3 styles
Toddler Ombre Shark Print Swim Trunks
**$10.00** ~~$14*~~ 29% off

2-Pack Cotton Undershirts

1 style
2-Pack Cotton Undershirts
**$8.40** ~~$14*~~ 40% off

Toddler PAW Patrol Swim Trunks

4 styles
Toddler PAW Patrol Swim Trunks
**$12.00** ~~$16*~~ 25% off

Toddler Dino Graphic Tee

8 styles
Toddler Dino Graphic Tee
**$6.00** ~~$12*~~ 50% off

## SCREEN CAPTURES FROM JANUARY 29, 2024

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-kid-boy Go DEC JAN MAR 29 2023 2024 2025
325 captures
13 Aug 2013 - 25 Jun 2024
About this capture

Filter & Sort

FREE 1 hour pickup

5 styles
Kid White Piqué Polo Shirt
**$10.80** ~~$18*~~ 40% off

5 styles
Kid Active Mesh Shorts
**$8.00** ~~$16*~~ 50% off

5 styles
Kid Active Mesh Shorts
**$8.00** ~~$16*~~ 50% off

3 styles
Kid OshKosh Logo Zip Jacket
**$14.00** ~~$34*~~ 59% off

Kid 2-Piece St. Patrick's Day 100% Snug Fit Cotton Pajamas

Kid The Pull-On Active Jogger In Unstoppable French Terry

Kid 6-Pack Ankle Socks

11 styles
Kid Creatures Of The Deep Graphic Tee
**$7.00** ~~$16*~~ 56% off
Doorbuster

1 style
Kid 2-Piece St. Patrick's Day 100% Snug Fit Cotton Pajamas
**$16.00** ~~$32*~~ 50% off

2 styles
Kid The Pull-On Active Jogger In Unstoppable French Terry
**$12.00** ~~$30*~~ 60% off

2 styles
Kid 6-Pack Ankle Socks
**$17.00** ~~$22*~~ 23% off

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-kid-boy Go DEC JAN MAR 29 2023 2024 2025
325 captures
13 Aug 2013 - 25 Jun 2024
About this capture

Filter & Sort

FREE 1 hour pickup

2 styles
Kid 2-Piece Bunny 100% Snug Fit Cotton Pajamas
**$16.00** ~~$32*~~ 50% off

4 styles
7-Pack Cotton Briefs Underwear
**$20.00** ~~$26*~~ 23% off

5 styles
Kid Pull-On Cotton Shorts
**$9.00** ~~$16*~~ 44% off
Doorbuster

1 style
Kid Fleece OshKosh Logo Pull-On Joggers
**$10.00** ~~$24*~~ 58% off

3 styles
Kid Medium Wash Straight-Leg Jeans
**$14.00** ~~$34*~~ 59% off
Doorbuster

1 style
Kid Organic Cotton 2-Piece Pajamas
**$24.95**

11 styles
Kid Basketball Graphic Tee
**$6.00** ~~$16*~~ 63% off
Doorbuster

1 style
Kid Casual Sneakers
**$24.00** ~~$40*~~ 40% off

web.archive.org/web/20240129042148/https://www.carters.com/carters-kid-boy

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-kid-boy Go DEC JAN MAR 29 2023 2024 2025
325 captures
13 Aug 2013 - 25 Jun 2024
About this capture

Filter & Sort

FREE 1 hour pickup

3 styles
Kid Active Warm Up Pants In Unstoppable French Terry
**$13.00** ~~$32*~~ 59% off

10 styles
Kid Monster Truck Jam Graphic Tee
**$7.00** ~~$14*~~ 50% off
Doorbuster

1 style
2-Pack Cotton Undershirts
**$11.00** ~~$14*~~ 21% off

2 styles
Kid Flat-Front Pants
**$12.80** ~~$32*~~ 60% off

5-Pack Boxer Briefs Underwear

2-Pack Cotton Boxer Briefs Underwear

5-Pack Cotton Boxer Briefs Underwear

3 styles
5-Pack Boxer Briefs Underwear
**$20.00** ~~$26*~~ 23% off

11 styles
Kid Race Car Graphic Tee
**$7.00** ~~$16*~~ 56% off
Doorbuster

1 style
2-Pack Cotton Boxer Briefs Underwear
**$11.00** ~~$14*~~ 21% off

3 styles
5-Pack Cotton Boxer Briefs Underwear
**$20.00** ~~$26*~~ 23% off

INTERNET ARCHIVE WaybackMachine https://www.carters.com/carters-kid-boy Go DEC JAN MAR 29 2023 2024 2025
325 captures
13 Aug 2013 - 25 Jun 2024
About this capture

Filter & Sort

FREE 1 hour pickup

3 styles
Kid Medium Blue Wash Straight-Leg Jeans
**$14.00** ~~$34*~~ 59% off
Doorbuster

2 styles
Kid Plaid Button-Front Shirt
**$14.00** ~~$28*~~ 50% off

2 styles
Kid 4-Piece Gamer 100% Snug Fit Cotton Pajamas
**$26.40** ~~$44*~~ 40% off

5 styles
Kid Super Mario Bros Tee
**$12.00** ~~$20*~~ 40% off

Kid OshKosh Originals Long Sleeve Jersey Graphic Tee

Kid Dino Graphic Tee

Kid Best Bro Graphic Tee

Kid 4-Piece Dinosaur Cotton Blend Pajamas

6 styles
Kid OshKosh Originals Long Sleeve Jersey Graphic Tee
**$7.00** ~~$16*~~ 56% off
Doorbuster

1 style
Kid Dino Graphic Tee
**$7.00** ~~$14*~~ 50% off
Doorbuster

2 styles
Kid Best Bro Graphic Tee
**$7.00** ~~$14*~~ 50% off
Doorbuster

2 styles
Kid 4-Piece Dinosaur Cotton Blend Pajamas
**$26.40** ~~$44*~~ 40% off






